EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Wendy Sue O'Neill | 2013 TSPR 114 <br><br> 189 DPR ____ |

Número del Caso: TS-10661

Fecha: 9 de octubre de 2013

Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

TS-10661

Wendy Sue O'Neill

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de octubre de 2013.

Examinada la *Moción Solicitud para Activación de Obra Notarial y Presentación de Fianza Notarial* presentada por la peticionaria, se reinstala al ejercicio de la abogacía. Además se autoriza su admisión el ejercicio de la notaría en Puerto Rico siempre que cumpla con lo dispuesto en el Art. 7 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2011.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo